IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| vs. | : CRIMINAL NO. **5:07-CR-10(WDO)** |
| | : |
| ERNEST LEE WALKER, | : VIOLATION: DRUG RELATED |
| | : |
| Defendant | : |
| _____ | : |

### **ORDER**

Upon the motion of the Defendant and it appearing to this Court that it is in the interests of justice to grant the Defendant's Motion for Continuance;

IT IS HEREBY ORDERED that the case be continued from the August term of court to the October term of court;

WHEREFORE, IT IS FURTHER ORDERED that any delay occasioned by the order be deemed excludable delay pursuant to Title 18, United States Code, Section 3161(h) of the Speedy Trial Act.

SO ORDERED, this 30th day of July, 2007.


        s/ C. Ashley Royal
        C. Ashley Royal
        United States District Judge

Prepared by:
Floyd M. Buford, Jr.,
Attorney for Defendant
Bar No.: 093805
Post Office Box 4747
Macon, Georgia 31208, (478) 742-3605